UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN MANUEL POWELL, | No.  2:23-cv-0333 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| ANDRUS, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the October 31, 2023 findings and recommendations and an amended complaint.  ECF No. 15.  The deadline for objections is currently November 27, 2023, and the deadline for filing an amended complaint is December 4, 2023.  Good cause appearing, the motion will be granted.  Plaintiff is advised that his objections and amended complaint should be separate documents.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2.  Plaintiff shall have until January 3, 2024, to file (a) objections to the findings and recommendations, and (b) an amended complaint.

DATED: November 13, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE