UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN MANUEL POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRUS,<br><br>    Defendant. | No. 2:23-cv-00333-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 11, 12) |

    Plaintiff Darian Manuel Powell is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 31, 2023, the assigned magistrate judge issued findings and recommendations recommending that this case should not be related to *Powell v. Saradeth*, No. 2:23-cv-00946-DAD-EFB (PC) and that plaintiff's motion to consolidate (Doc. No. 11) in the pending case, as well as the motion to consolidate in *Powell v. Saradeth*, No. 2:23-cv-00946-DAD-EFB (PC), be denied. (Doc. No. 12.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.* at 7.) On November 8, 2023, plaintiff filed a motion for an extension of time to file objections to the pending findings and recommendations. (Doc. No. 15.) The court granted this request on November 14, 2023, giving plaintiff until January 3, 2024 to file

objections. (Doc. No. 16.) However, to date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed October 31, 2023 (Doc. No. 12), are adopted in full;
2. This case is not related to *Powell v. Saradeth*, No. 2:23-cv-00946-DAD-EFB;
3. Plaintiff's motion to consolidate (ECF. No. 11) is denied;
4. The Clerk of the Court is directed to file a copy of this order in *Powell v. Saradeth*, No. 2:23-cv-00946-DAD-EFB, and the motion to consolidate in that case (Doc. No. 14) is denied; and
5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **March 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2